**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, <br><br> JAMES HOWARD ATTKISSON, <br><br> and <br><br> SARAH JUDITH STARR ATTKISSON, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC HOLDER, individually, <br><br> PATRICK R. DONAHOE, individually, <br><br> UNKNOWN NAMED AGENTS OF the DEPARTMENT OF JUSTICE, in their individual capacities, <br><br> UNKNOWN NAMED AGENTS OF the UNITED STATES POSTAL SERVICE, in their individual capacities, <br><br> UNKNOWN NAMED AGENTS OF the UNITED STATES, in their individual capacities, <br><br> Defendants. | Civil Action No. 15-0238 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States Attorney General, Eric Holder, and the Postmaster General and Chief Executive Officer, Patrick Donahoe, (collectively "Defendants"), by and through the United States Attorney's Office for the District of Columbia ("USAO"), hereby file this Notice of

Removal pursuant to 28 U.S.C. §§ 1331, 1442(a)(1) and 1446.  In support of this Notice, Defendants rely upon the following facts:

1. Defendants are in receipt of a Complaint in the case of *Sharyl T. Attkisson et al. v. Eric Holder, et al.,* Civil Action No. 14-CA-8321 B (the "Civil Action"), filed in the Civil Division of the Superior Court of the District of Columbia.  A copy of the Complaint is attached hereto as Government Exhibit A.

2. Plaintiffs Sharyl Attkisson, James Attkisson, and Sarah Attkission (collectively "Plaintiifs") have alleged that Defendants have violated the First and Fourth Amendments to the United States Constitution through unauthorized and illegal surveillance of the Plaintiffs' laptop computers and telephones.  Thus, the Civil Action is properly before this Court pursuant to 28 U.S.C. § 1331.

3. Plaintiffs have filed these *Bivens* claims alleging that Defendants wrongfully installed surveillance equipment in various electronic devices within their home.  These alleged surveillance actions were conducted because, as Plaintiffs allege, Plaintiff Sharyl Attkisson, in her capacity as an investigative reporter, was responsible for reporting on the Fast and Furious federal gun-trafficking investigation and the attack on the American diplomatic mission in Benghazi, Libya. See Gov. Exh. A.

4. Defendants are officers of the United States pursuant to 28 U.S.C. § 1442(a)(1).  Thus, the Civil Action is properly before this Court.

5. Plaintiff's claims are those over which the District Court has original jurisdiction because the Civil Action is against officers of the United States.  Additionally, the Civil Action's claims arise under the Constitution, specifically the First and Fourth Amendments.

Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. §§ 1331, 1442(a)(1).[1]

6. To date, Defendants have not been served with the Complaint.  Therefore, Defendants appear especially for the very limited purposes of removal of this case to the United States District Court for the District of Columbia.  By filing this Notice, Defendants do not waive proper service of process, venue or any other applicable defenses under Fed. R. Civ. P. 12, or laws of the United States.

WHEREFORE, this Civil Action is properly removed from the Superior Court for the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1331, 1442(a)(1), and 1446.

Dated:  February 18, 2015.

Respectfully submitted,
RONALD C. MACHEN JR.
D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:    _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
E-mail: John.Truong@usdoj.gov

Counsel for Defendant

---

[1] The Complaint also names "Unknown Named Agents of the Department of Justice, in their individual capacities," "Unknown Name Agents of the United States Postal Service, in their individual capacities" and "Unknown Named Agents of the United States, in their individual capacities."  The USAO does not represent these "Unknown Named Agents."  However, given that Plaintiffs are suing all named Defendants and "Unknown Named Agents" under the Constitution and laws of the United States (see Complaint ¶ 2), the entire case is properly removed to the federal district court.

**CERTIFICATE OF SERVICE**

I certify that I caused copies of the foregoing Notice of Removal of a Civil Action and Notice of Filing Notice of Removal of a Civil Action to be served on the following by the Court's electronic case filing system and/or by first class mail:

Counsel for the Plaintiffs

David Thomas, Esq.
Michie Hanlett Lowry
  Rasmussen & Tweel PLLC
500 Court Square, Suite 300
Post Office Box 298
Charlottesville, VA 22902

on this 18th day of February, 2015.

                                                   /s/
JOHN C. TRUONG
Assistant United States Attorney