UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, et al, ) ) ) Plaintiff, ) ) vs. ) ) ERIC HOLDER, et al. ) ) ) Defendants. ) ) | Civil Action No. 15-0238 |

# MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Clyde T. Turner *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Clyde T. Turner, filed herewith. As set forth in Mr. Turner's declaration, he is admitted and an active member in good standing the following courts and bars:

| **Name of Court** | **Date Admitted** |
|---|---|
| Arkansas Supreme Court | March 25, 1985 |
| Eighth Circuit Court of Appeals | April 8, 1985 |
| USDC, Eastern District of Arkansas | May 2, 1985 |
| USDC, Western District of Arkansas | May 2, 1985 |
| United States Supreme Court | March 20, 1989 |
| USDC, Northern District of Texas | June 9, 1992 |
| USDC, Eastern District of Oklahoma | December 14, 1992 |
| Fifth Circuit Court of Appeals | September 29, 1993 |
| USDC, Western District of Texas | August 31, 1994 |
| USDC, Southern District of Texas | August 17, 2006 |
| USDC, Eastern District of Texas | February 6, 2007 |
| Ninth Circuit Court of Appeals | December 22, 2011 |
| USDC, Northern District of Florida | January 29, 2013 |
| Second Circuit Court of Appeals | November 12, 2013 |

This motion is supported and signed by David Thomas, an active and sponsoring member of the Bar of this Court.

Dated this 24th day of February, 2015.

Respectfully Submitted,

/s/    David W. Thomas, Esq.
David W. Thomas, Esq. (DC Bar No. 976513)
**MICHIE HAMLETT LOWRY**
  **RASMUSSEN & TWEEL, PLLC**
500 Court Square, Suite 300
Post Office Box 298
Charlottesville, Virginia 22902-0298
(434) 951-7200; (434) 951-7218 (Facsimile)
dthomas@michiehamlett.com

*Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John C. Truong
Ronald C. Machen, Jr.
Daniel F. Van Horn
United States Attorney's Office
555 Fourth St., N.W.
Washington, D.C. 20530
E-mail: John.Truong@usdoj.gov

                                          /s/     David W. Thomas, Esq.
                                          David W. Thomas, Esq. (DC Bar No. 976513)
                                          **MICHIE HAMLETT LOWRY**
                                              **RASMUSSEN & TWEEL, PLLC**
                                            500 Court Square, Suite 300
                                           Post Office Box 298
                                           Charlottesville, Virginia 22902-0298
                                           (434) 951-7200
                                           (434) 951-7218 (Facsimile)
                                           dthomas@michiehamlett.com

                                           *Counsel for the Plaintiffs*