IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHARYL THOMPSON ATTKISSON,

JAMES HOWARD ATTKISSON,

and

SARAH JUDITH STARR ATTKISSON

     Plaintiffs,

v.                                     Case No. _____

ERIC HOLDER, individually,

PATRICK R. DONAHOE, individually,

UNKNOWN NAMED AGENTS OF the DEPARTMENT OF JUSTICE, in their individual capacities,

UNKNOWN NAMED AGENTS OF the UNITED STATES POSTAL SERVICE, in their individual capacities,

UNKNOWN NAMES AGENTS OF the UNITED STATES, in their individual capacities,

     Defendants.

**DECLARATION OF CLYDE TALBOT TURNER**

I, Clyde T. Turner, state the following under penalty of perjury:

1.     My full name is Clyde Talbot Turner.

2.     I am an attorney at the law firm of Turner and Associates. My Arkansas State Bar

Number is 85158. My office address, telephone number and email address are:

     Turner and Associates P.A.
     4705 Somers Ave., Suite 100
     North Little Rock, AR 72116
     (501) 791-2277
     (501) 791-1251 Facsimile

tab@tturner.com

3.      I have been admitted to practice in the following courts:

| Name of Court | Date Admitted |
|---|---|
| Arkansas Supreme Court | March 25, 1985 |
| Eighth Circuit Court of Appeals | April 8, 1985 |
| USDC, Eastern District of Arkansas | May 2, 1985 |
| USDC, Western District of Arkansas | May 2, 1985 |
| United States Supreme Court | March 20, 1989 |
| USDC, Northern District of Texas | June 9, 1992 |
| USDC, Eastern District of Oklahoma | December 14, 1992 |
| Fifth Circuit Court of Appeals | September 29, 1993 |
| USDC, Western District of Texas | August 31, 1994 |
| USDC, Southern District of Texas | August 17, 2006 |
| USDC, Eastern District of Texas | February 6, 2007 |
| Ninth Circuit Court of Appeals | December 22, 2011 |
| USDC, Northern District of Florida | January 29, 2013 |
| Second Circuit Court of Appeals | November 12, 2013 |

4.      I am a member in good standing of all bars and courts to which I have been admitted, I am not under suspension by any bar or court, and I have never been disciplined by any bar or court.

5.      I have not been admitted *pro hac vice* by this Court.

6.      I do not reside, am not regularly employed, and am not regularly engaged in the practice of law in the District of Columbia and I do not have an application for membership pending.

7.      I attest under penalty of perjury that the forgoing is true and accurate, and I respectfully request that I be admitted *pro hac vice* to the bar of this Court and be allowed to appear in this matter.

Dated: January ___, 2015

Respectfully submitted,

_____
Clyde T. Turner