**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, et al, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) Civil Action No. 15-0238 |
| ERIC HOLDER, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY**

**CLYDE T. TURNER *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Clyde T. Turner *pro hac vice*. Upon consideration of that motion, the Court grants attorney Clyde T. Turner *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                    _____
                                      United States District Judge