**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHARYL THOMPSON ATTKISSON, et al, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNKNOWN AGENTS OF ) <br> THE DEPARTMENT OF JUSTICER, et al. ) <br> ) <br> Defendants. ) | Civil Action No. 15-0238 |

**PLAINTIFFS' RECOMMENDATION FOR**
**FUTURE PROCEEDINGS**

Consistent with the Court's Minute Order of 27 August 2015, Plaintiffs submit the following Recommendation for Future Proceedings:

1.

On August 24, 2015, Plaintiffs chose to voluntarily dismiss without prejudice the constitutional claims pending against the named Defendants under Rule 41.

2.

Plaintiffs intend to file a separate, but related, action against the named defendants and others under the Federal Tort Claims Act now that the statutory waiting period following notice, which is a condition precedent to filing suit, has expired. Plaintiffs reached out to counsel for the named defendants to inquire whether counsel preferred that we simply amend the existing complaint to add the claims or whether the Government preferred a separate action. Counsel indicated no preference. As a consequence, a decision has been made to file the FTCA claim as a separate, but related, suit. Plaintiffs also anticipate re-filing the constitutional claims against the named Defendants in this separate action.

3.

Consistent with the Court's recent opinion denying expedited discovery, Plaintiffs are also in the process of serving the U.S. Postal Service with a deposition and *duces tecum* subpoena pursuant to F.R.C.P. Rules 30 and 45 (attached as <u>Exhibit 1</u>) and intend to seek discovery as to the identity of the unnamed individuals in this action. Counsel expects that discovery to take place within the next twenty (20) days.

4.

Plaintiffs therefore respectfully recommend that no action be taken in this case pending the third-party discovery that is currently in process and the filing of the forthcoming related suit referenced above.

DATED THIS 27TH DAY OF AUGUST, 2015.

Respectfully Submitted,

Sharyl Thompson Attkisson
James Howard Attkisson
Sarah Judith Starr Attkisson
*By Counsel*

_____/s/_____
David W. Thomas, Esq.
J. Gregory Webb, Esq. (Admitted *Pro Hac Vice*)
E. Kyle McNew, Esq. (Admitted *Pro Hac Vice*)
**MICHIE HAMLETT LOWRY**
  **RASMUSSEN & TWEEL, PLLC**
500 Court Square, Suite 300
Post Office Box 298
Charlottesville, Virginia 22902-0298
(434) 951-7200; (434) 951-7218 (Facsimile)

C. Tab Turner, Esq.
**TURNER & ASSOCIATES, P.A.**
4705 Somers Avenue, Suite 100
North Little Rock, Arkansas 72116

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 27, 2015, I electronically filed the foregoing using the Court's CM/ECF filing system, which will send a notice of such filing to all counsel of record, including:

JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
E-mail: John.Truong@usdoj.gov

   Counsel for Dismissed Defendants Holder and Donahoe

                    /s/
                   David W. Thomas